AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of | Case No. 23 - 8129 mB |
| Monroe Arms Apartments, 8954 West Monroe Street, Apartment 14, Peoria, AZ 85345 | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**Monroe Arms Apartments, 8954 West Monroe Street, Apartment 14, Peoria, AZ 85345, as further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before ___4/24/23___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: April 10, 2023 @ 11:46A        _____
                                                      *Judge's signature*

City and state: Peoria, Arizona                       Honorable John Z. Boyle, U.S. Magistrate Judge
                                                      *Printed name and title*

**ATTACHMENT A**

The entire premises, including the residence, curtilage, outbuildings, and vehicles located at 8954

W. Monroe Street, Apt 14, Peoria, Arizona 85345 (hereinafter "SEARCH LOCATION"). The

SEARCH LOCATION is a second story apartment with tan stucco and brown trim. It is the located

in the second of three buildings in the middle of the complex.  It is in a small community with 20

units and was built in 1982. The front door faces the stairwell and parking lot to the west. The

apartment has black numbers reading "14" that are affixed to the right side of the front door. There

is a large square window to the right of the front door near the upper walkway that leads to other

apartments on the second floor. Per database checks, this is possibly a two-bedroom, two bath

apartment that is approximately 950 square feet.


The subject has been seen driving a white 2011 Mercury Mariner SUV with AZ/41A78C and VIN

4M2CN8B78BKJ02431, registered to the subject's mother Shelly A. Horner at the subject's

grandmother's residence nearby in Peoria, Arizona. This Mariner is often seen parked in space 14.

A photo of SEARCH LOCATION is set forth below:






**ATTACHMENT B**

**Items to be Seized**

Evidence of violations of 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance), 21 U.S.C. § 841 (Possession with Intent to Distribute a Controlled Substance), 21 U.S.C. § 843(b) (Use of a Communication Facility to Commit a Federal Drug Felony), and Title 18, United States Code, Section 922(g)(1) (Possession of Firearm/Ammunition by a Convicted Felon), including any of the following items:

a)    controlled substances, including, but not limited to, fentanyl, methamphetamine, and cocaine;

b)    paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, presses, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, microwave ovens, heat-sealing devices, and diluents such as mannitol, mannite, and vitamin B12;

c)    books, records (in whatever form, including electronic/digital form), receipts, notes, ledgers, and other papers relating to the distribution of controlled substances including evidence of financial transactions relating to obtaining, transferring, secreting, or spending large sums of money derived from drug trafficking activities or reflecting names, addresses, telephone numbers, and other contact or identification data relating to the distribution of controlled substances;

d)    addresses, telephone books, and/or papers reflecting names, addresses, telephone numbers, fax numbers, and/or routing numbers of co-conspirators and customers;

e)    safes and their contents, money counting machinery, cash, U. S. currency, and records relating to controlled substances, income and expenditures of money and wealth, such

as money orders, wire transfers, cashier's checks and receipts, records regarding the existence of safe deposit boxes, safe deposit box keys, bank statements, passbooks, checkbooks, check registers, stocks, financial instruments, and bonds, as well as precious metals such as gold and silver, and precious gems such as diamonds – (this evidence often is located in a safe); as well as records relating to the sale, purchase and/or lease of automobiles, to include titles for all vehicles, and insurance records for all vehicles;

f)      documents (in whatever form, including electronic/digital form) indicating travel in interstate and foreign commerce such as travel itineraries, plane tickets, boarding passes, motel and hotel receipts, passports and visas, credit card receipts and telephone bills;

g)      photographs, including still photos, video tapes, films, and the contents therein, in particular photographs of co-conspirators and of assets (in whatever form, including electronic/digital form);

h)      computers, hard drives, cellular telephones, devices capable of sending/receiving electronic and/or text messages, components of cell phones (SIM cards) and/or other electronic devices not considered telephones utilized for communication and data saving purposes, as well as documents relating thereto;

i)      firearms, ammunition, other dangerous weapons, and any records (in whatever form, including electronic/digital form) or receipts pertaining to firearms and ammunition; and

j)      identification evidence and/or indicia (such as cancelled mail, deeds, leases, rental agreements, vehicle leases, vehicle titles, photographs, bills, diaries, keys, and identification documents) which tend to identify the person(s) in residence, occupancy, control, or ownership of the subject premises.